NATIONAL SMALL SHIPMENTS TRAFFIC
CONFERENCE, INC., ET AL. v. RINGSBY
TRUCK LINES, INC., ET AL.

No. 163.   Decided January 15, 1968.

*Arthur A. Arsham, John J. C. Martin* and *Max L. Wymore* for appellants.

*LeGrand Alf Carlston* and *Z. L. Pearson, Jr.,* for appellees.

*Solicitor General Griswold,* former *Solicitor General Marshall* and *Robert W. Ginnane* for the United States et al.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed as moot.

MR. JUSTICE DOUGLAS dissents.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.